UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFINA GUTIERREZ AQUINO,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE, et al.,<br><br>Respondents. | Case No.: 3:25-cv-3534-CAB-AHG<br><br>**ORDER REQUIRING A BOND HEARING** |

Pending before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Rodolfina Gutierrez Aquino ("Petitioner"). [Doc. No. 1.] Petitioner asserts she is being detained by Immigration and Customs Enforcement ("ICE") without a bond hearing in violation of 8 U.S.C. § 1226(a) and the Fifth Amendment. [*Id.* at 9–10.] On December 19, 2025, Respondents filed a supplemental brief stating that:

> Petitioner appears to be a member of the Bond Eligible Class certified in *Maldonado Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, --- F. Supp. 3d ---, 2025 WL 3288403 (C.D. Cal. Nov. 25, 2025). The *Bautista* court has entered final judgement as to the Bond Eligible Class. *Bautista*, [Doc. No. 94.] Accordingly, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226(a) and [is] entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a).

[Doc. No. 7 at 2.]

1   The Court thus **ORDERS** Respondents to provide Petitioner an individualized bond
2   hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and its associated
3   regulations within 14 days of the date of this order.  Respondents are further **ORDERED**
4   to notify this Court on the status of Petitioner's bond hearing by **January 7, 2026**.

5   It is **SO ORDERED.**

6   Dated:  December 22, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge