UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RODOLFINA GUTIERREZ AQUINO,

Petitioner,

v.

CHRISTOPHER LAROSE, et al.,

Respondents.

Case No.:  3:25-cv-03534-CAB-AHG

**ORDER DISMISSING AND CLOSING CASE**

Petitioner Rodolfina Gutierrez Aquino filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  After Respondents acknowledged that Petitioner was detained under 8 U.S.C. § 1226(a) pursuant to the final judgment in *Maldonado Bautista v. Noem*, No. 5:25-cv-1873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), this Court ordered a bond hearing under § 1226(a) and its associated regulations.  [Doc. No. 8.]  Petitioner subsequently received a bond hearing on January 5, 2026.  [Doc. No. 11.]  Petitioner has received the relief she requested and so the Court **DISMISSES** the case.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated: February 26, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

3:25-cv-03534-CAB-AHG